# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNNE H. WASHBURN,** | : | **CIVIL ACTION NO. 1:15-CV-674** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of November, 2016, upon consideration of the motion (Doc. 22) for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, by plaintiff Lynne H. Washburn, and the response (Doc. 24) thereto by the Commissioner of Social Security ("Commissioner"), it is hereby ORDERED that plaintiff Lynne H. Washburn is awarded fees under the Act in the amount of Four Thousand Six Hundred Ninety dollars and Sixty-Three cents ($4,690.63). These attorney fees will be paid directly to plaintiff Lynne H. Washburn and sent to the business address of plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania